Sara S. Berg, Esq.
Browning, Kaleczyc, Berry and Hoven, P.C.
825 Great Northern Boulevard, Suite 105
Helena, MT  59601-3340
Telephone:  406-443-6820
Fax:  406-443-6883
E-Mail:  sara@bkbh.com

*Local Counsel for Trans Union, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## HELENA DIVISION

_____

| | |
|---|---|
| KEVIN R. PIGMAN, | CASE NO. 6:09-cv-00065-DWM |
| Plaintiff, | |
| | **NOTICE OF APPEARANCE** |
| vs. | |
| | Judge Donald W. Molloy |
| EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, and FIRST INTERSTATE BANK, | |
| Defendants. | |

_____

PLEASE TAKE NOTICE that Sara S. Berg of the law firm Browning, Kaleczyc, Berry & Hoven, P.C. will be appearing on behalf of Defendant Trans Union LLC in the above-entitled case. All further correspondence and pleadings

should be sent to Defendant Trans Union, LLC's attention at the above address or through the Court's ECF system.

DATED this 30th day of November, 2009.

BROWNING, KALECZYC, BERRY & HOVEN, P.C.


By /s/ Sara S. Berg
   Sara S. Berg

Attorneys for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November, 2009, a true copy of the foregoing was served:

Via ECF to the following parties:

David K.W. Wilson, Jr.
kwilson@rmslaw.net

Sara S. Berg, Esq.
sara@bkbh.com

Mailed by first-class mail, postage prepaid to the following parties:

Laura K. Rang, Esq.
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN  46204
lrang@schuckitlaw.com

  /s/ Sara S. Berg
BROWNING, KALECZYC, BERRY & HOVEN, P.C.