David K. W. Wilson, Jr.
REYNOLDS, MOTL and SHERWOOD, P.L.L.P.
401 North Last Chance Gulch
Helena, MT  59601
(406) 442-3261
kwilson@rmslaw.net
*Attorney for Plaintiff Kevin Pigman*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| KEVIN R. PIGMAN,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, and FIRST INTERSTATE BANK<br><br>Defendants. | Cause No. CV-09-65-H-DWM<br><br>**PLAINTIFF'S *UNOPPOSED* MOTION TO AMEND COMPLAINT** |
|---|---|

Pursuant to Rule 15 (a), Fed. Rules of Civ. Proc., the Plaintiff Kevin Pigman requests leave to file an Amended Complaint.  This Motion is accompanied by the Amended Complaint and a Brief in Support.  Plaintiff

1

has contacted Defendants' counsel and none oppose the motion. *Moreover, Plaintiff requests that the Court hold in abeyance Defendant First Interstate's Motion to Dismiss pending its ruling on the Motion to Amend. Plaintiff's counsel has contacted counsel for First Interstate, Danielle Coffman, who stated that First Interstate does not object to its Motion to Dismiss being held in abeyance.*

DATED this 12th day of January, 2010.

                By   /s/ David K. W. Wilson, Jr.
                     David K. W. Wilson, Jr.
                     Reynolds, Motl and Sherwood, P.L.L.P.
                     Attorney for Plaintiff